IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE LYNN TIGUE, JR.**                                                                                          **PLAINTIFF**
**ADC #171131**

v.                                          Case No. 2:24-cv-00013-KGB

**SCOTT TAYLOR,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition ("Partial Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 35). Plaintiff Rickie Lynn Tigue, Jr. has not filed any objections to the Partial Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Partial Recommendation, should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). Mr. Tigue's motion for judgment on the pleadings is denied as premature (Dkt. No. 34).

It is so ordered this 20th day of August, 2025.

Kristine G. Baker
Chief United States District Judge